UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**UNITED STATES OF AMERICA**

                             **PLAINTIFF**

**v.**                                   **CASE ACTION NO:** 1:12-CV-152-M

                                              *Electronically filed*

**CONTENTS OF ACCOUNT #XXX8437 ($12,895.74)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY FARMERS NATIONAL BANK, 107
NORTH COURT STREET, SCOTTSVILLE, KENTUCKY 42164.**

**CONTENTS OF ACCOUNT #XXX7201 ($27,710.63)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY SOUTH CENTRAL BANK OF
MONROE COUNTY, 320 NORTH MAIN
STREET, TOMPKINSVILLE, KENTUCKY 42167.**

**220.81 ACRES, MORE OR LESS, OF REAL
PROPERTY LOCATED ON OR ABOUT
MAP 45-1, ALLEN COUNTY PROPERTY
VALUATION ADMINISTRATOR.**

**REAL PROPERTY LOCATED ON OR ABOUT
1814 A.R. OLIVER ROAD, SCOTTSVILLE, KENTUCKY 42164.**      **DEFENDANTS**

**WARRANT OF ARREST *IN REM* AND NOTICE**

TO:    THE UNITED STATES TREASURY DEPARTMENT
          AND/OR ANY OTHER DULY AUTHORIZED LAW
          ENFORCEMENT OFFICER:

WHEREAS the United States Attorney for the Western District of Kentucky has filed a Verified Complaint for Forfeiture *In Rem* against the above-named defendant property on the 19th day of July, 2012, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. §§ 981 and 984, and 31 U.S.C. § 5317.

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem*, there is probable cause to believe that the defendant property so described therein constitutes property that is subject to forfeiture for such violations, and that grounds for issuance of a Warrant of Arrest *In Rem* exist, pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

YOU ARE THEREFORE ORDERED to seize and arrest the defendant funds that were seized from account numbers xxx8437 ($12,895.74) and xxx7201 ($27,710.63) in the name of Cole Distributing, Inc., and to take the defendant property into your possession for safe custody, until further order of the Court; and to make your return as provided by law.

YOU ARE FURTHER ORDERED to send notice to the record owner and any other person believed to have a claim to or interest in the defendant property a copy of the Complaint, Notice of Forfeiture, and this Warrant in a manner consistent with the principles of service of process of any action *in rem* under the Supplemental Rules and the Federal Rules of Civil Procedure, within a reasonable time of seizure, and, to admonish any persons holding a claim to the defendant property to file their claims with the Clerk of this Court within thirty-five (35) days after execution of this process, and to serve their answers within twenty-one (21) days after filing their claims, and finally, that they must serve a copy of any claim and/or pleading upon the Assistant United States Attorney, Jason Snyder, 717 West Broadway, Louisville, Kentucky 40202.

YOU ARE FURTHER ORDERED, in the event that the defendant property is not released within ten (10) days of execution of process, that you shall cause publication of public notice, as required by Rule G(4) of the Supplemental Rules. Such notice shall be published for thirty days at www.forfeiture.gov. This notice shall state that anyone claiming an interest in the

defendant property must file: 1) a claim within sixty (60) days from the start of the publication on the internet at www.forfeiture.gov; and 2) an answer within twenty-one (21) days after filing a claim.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Tendered by:
Jason Snyder
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502)582-5911
(502)582-5097(fax)