UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**UNITED STATES OF AMERICA**

**PLAINTIFF**

v.  CASE ACTION NO: 1:12-CV-152-M
*Electronically filed*

**CONTENTS OF ACCOUNT #XXX8437 ($12,895.74)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY FARMERS NATIONAL BANK, 107
NORTH COURT STREET, SCOTTSVILLE, KENTUCKY 42164.**

**CONTENTS OF ACCOUNT #XXX7201 ($27,710.63)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY SOUTH CENTRAL BANK OF
MONROE COUNTY, 320 NORTH MAIN
STREET, TOMPKINSVILLE, KENTUCKY 42167.**

**220.81 ACRES, MORE OR LESS, OF REAL
PROPERTY LOCATED ON OR ABOUT
MAP 45-1, ALLEN COUNTY PROPERTY
VALUATION ADMINISTRATOR.**

**REAL PROPERTY LOCATED ON OR ABOUT
1814 A.R. OLIVER ROAD, SCOTTSVILLE, KENTUCKY 42164,**      **DEFENDANTS**

## WRIT OF ENTRY

The United States having filed a Verified Complaint for Forfeiture *In Rem* against the Defendant real property, whose legal description is attached as Attachment "A"; and

The United States having not requested authority to seize the Defendant real property at this time but having stated that it will post notice of the Verified Complaint for Forfeiture *In Rem* on the Defendant real property and serve notice of this action and a copy of the Verified Complaint on the owner of the Defendant real property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the Defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the Defendant real properties and, as provided in 19 U.S.C. § 1606, to conduct an appraisal;

**IT IS HEREBY ORDERED** that the United States Department of Treasury, or its designee, is hereby authorized to enter the defendant real property, including any structures, on one or more occasions during the pendency of this *in rem* forfeiture action against said defendant real property, during the hours of 8:00 a.m. to 6:00 p.m. local time and with twenty-four (24) hours notice to the owner or occupant,

1. for the purpose of conducting an inspection and inventory and appraisal of the defendant real property, and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the Defendant real property, which inspection and inventory may include, among other means, still and video photography, and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court Order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

# ATTACHMENT A

The defendant real property, 220.81 acres, more or less, of real property referenced and defined on Map 45-1, Allen County Property Valuation Administrator, has no street address as there is not a habitable structure located on the property but includes all buildings and improvements thereon and appurtenances thereto, more particularly described as follows:

Beginning at a corner stone found common to Shockley (DB 130 Pg 155) and Shockley (DB 110 Pg 176), said stone being located approximately 1270 feet southeast of the intersection of an unimproved access road (to the Tabor Farm) and Carl Hurt Road near Halifax in Allen County Kentucky; Thence with Shockley (DB 130 Pg 155) generally along a fenceline N 59° 06' 29" E 1721.84 feet, to a 24" Oak Found common to Tabor (DB99 Pg 674); Thence with Tabor N 66° 26' 53" E 266.33 feet, to a snag at a fence corner, N 88° 00' 00" E (N 88° 00' 00" E used to begin survey as per DB 23 Pg 412) 602.25 feet, to an iron pin set (all iron pens set are ½" rebar with yellow caps stamped "Anderson 1838"), S 40° 41' 09" E 123.72 feet to a steel post found, N 83° 18' 26" E 421.97 feet, to an iron pin set, and S 83° 10' 29" E 77.22 feet, to a 28" beech found at a fence corner common to Burton (DB 84 Pg 132); Thence with Burton generally along a fenceline S 26° 08' 17" W 394.13 feet, to a 10" hickory, S 55° 09' 43" E 920.06 feet, to a 28" beech S 10° 38' 18" E 283.80 feet, to a 24" beech, S 52° 58' 47" E 619.43 feet, to a 24" beech, S 7° 11' 51" E 476.32 feet, to a fence post, and S 8° 57' 14" W 323.06 feet, to a 26" beech found common to Eubank (DB 189 Pg 629); Thence with Eubank generally along a fenceline N 21° 26' 42" W 461.62 feet, to a stone found, N 52° 12' 36" W 344.89 feet, to a 10" beech, N 69° 41' 27" W 670.88 feet, to an iron pin found, N 61° 45' 23" W 402.15 feet, to a 16" hickory, N 68° 16' 30" W 672.02 feet, to a stone, N 50° 08' 00" W 932.81 feet, to a stone, N 70° 38' 11" W 1270.50 feet, to an iron pin set common to the aforesaid Shockley (DB 110 Pg 176); Thence with Shockley N 7° 54' 42" W 891.00 feet, to the beginning. Said tract contains 220.81 acres as surveyed by Anderson Engineering, Ralph Anderson, Jr. L.S. 1838 on April 27, 1999.

Being the same property, with a new legal description, conveyed to G.F. tabor in Deed dated September 13, 1913, and of record in Deed Book 23, Page 412, in the Allen County Court Clerk's Office. Also being the same property whereby William Ertell Tabor George Cardell Tabor, Ina Rea Tabor (being one and the same as Ina Ree Tabor), Mary Eloise Tabor, Marjorie Eleise Tabor and Clyde Evelyn Tabor each received a one-sixth(1/6) interest as

the heirs of G.F. Tabor as shown of record in that Affidavit of Descent dated November 2, 1954, and of record in Deed Book 59, Page 318, in the Allen County Court Clerk's Office, and as stated in that Affidavit dated December 15, 1959, and of record in Deed Book 65, Page 154, in the office aforesaid.  Ina Ree Tabor died testate a resident of Warren County, Kentucky and her interest in said Property passed to Clyde Evelyn Tabor pursuant to the terms of the Ina Ree Tabor Will of record in Will Book 15, page 649, in the Warren County Court clerk's Office, and of record in Will Book 7, Paged 385, in the Allen County Court Clerk's Office.  George Cardell Tabor died intestate on August 31, 1984, and his interest in said property passed Elsie J. Tabor, Wanda T. Thomas, James E. Tabor, and George Tabor, as shown of record by that Affideavit of Descent of record in Deed Book 264, Page 170, in the Allen County Court Clerk's Office.  Elsie J. Tabor, widow conveyed her interest in said property to Wanda T. Thoms, James E. Tabor and George Tabor by that Deed dated January 24, 1985, and of record in Deed Book 127, Page316, in the Allen county Court Clerk's Office.  William Ertell Tabor died testate a resident of Warren County, Kentucky, and his interest in said property passed to Eleise Tabor (being one and the same as Marjorie Eleise Tabor), Eloise Tabor (being the same as Mary Eloise Tabor) and clyde Evelyn Tabor pursuant to the terms of the Lst Will and Testament of W.E. Tabor of recod in Will 33, Page 779, in the Warren County Court Clerk's Office, and of record in Will Book 24, Page 459, in the Allen County Court Clerk's Office.  Clyde Evelyn Tabor died testate a resident of Warren County, Kentucky, and her interest in said property passed to Eloise Tabor (being one and the same as Mary Eloise Tabor) and Eleise Tabor (Majorie Eleise Tabor) pursuant to the tems of the Last Will and Testament of Clyde Evelyn Tabor of record in Will Book 48, Page 767, in the Warren county Court clerk's Office and of record in Will Book 24, Page 463, in the Allen County Court Clerk's Office.

b.  Two tracts of real property located on or about 1814 A.R. Oliver Road, Scottsville, Kentucky and is more particularly described:

BEING TRACT NO. 1 as shown on Plat recorded in Plat Book 5, Page 2, Allen County Clerk's Office, Scottsville, Kentucky, and described as follows, to wit:

BEGINNING at a set 5/8" rebar with cap stamped Joe Houchens, PLS #2649, a corner to James Burton (Deed Book 84, page 132), and on the r/w of A.R. Oliver Road (assumed 40 ft. r/w); thence

with the r/w of A.R. Oliver Road as it meanders: N 88° 58' 50" W 34.90 feet, N 86° 12' 28" W 44.05 feet, N 82° 48' 13" W 86.49 feet, N 74° 16' 30" W 83.65 feet, S 80° 38' 20" W 61.43 feet, S 82° 51' 48" W 58.15 feet, S 71° 06' 00" W 52.32 feet, S 60° 32' 13" W 55.76 feet, S 57 48' 35" W 94.43 feet, S 54° 09' 35" W 80.70 feet, S 48° 39' 03" W 66.94 feet, S 43° 08' 52 " W 45.27 feet, S 39° 03' 35" W 74.10 feet, S 37° 16' 41" W 72.83 feet, S 41° 24' 20" W 51.75 feet, S 49° 41' 40" W 44.87 feet to a set 5/8" rebar with cap on the r/w of A.R. Oliver Road (assumed 40 ft. r/w); thence with the r/w of A.R. Oliver Road as it meanders: S 59° 18' 16" W 45.34 feet, S 66° 53' 31" W 30.52 feet, S 71° 31' 49" W 441.88 feet, S 70° 33' 41" W 121.27 feet, S 68° 45' 46" W 88.91 feet, S 66° 07' 29" W 146.45 feet, S 71° 29' 26" W 46.71 feet, S 76° 15' 44" W 47.67 feet, S 80° 42' 14" W 48.64 feet, S 86° 28' 16" W 21.39 feet to a set 5/8" rebar with cap, on the r/w of A.R. Oliver Road and a corner to W.R. Hatler, Jr. Estate (being a portion of Deed Book 207, Page 738, Will Book 22, Page 395); thence with the lines of Hatler Estate, N 22° 01' 30" W 286.88 feet, to a set 5/8" rebar with cap; thence S 81° 25' 51" W 129.74 feet to a set 5/8" rebar with cap; thence S 08° 19' 41" E 223.56 feet to a set 5/8" rebar with cap, a corner to Hatler Estate and on the r/w of A.R. Oliver Road (assumed 40 ft. r/w); thence with the r/w of A.R. Oliver Road as it meanders: N 66° 47' 26" W 55.83 feet, N 64° 36' 19" W 93.70 feet, N 62° 16' 11" W 67.13 feet, N 56° 56' 54 " W 57.52 feet, N 51° 16' 39" W 94.35 feet, N 46° 28' 24" W 43.11 feet, N 42° 57' 04" W 52.46 feet, N 38° 17' 30" W 7.33 feet to a set 5/8" rebar with cap, on the r/w of A.R. Oliver Road (assumed 40 ft. r/w), and a corner to Gordon Williams, (Deed Book 83, page 325); thence with the line of Williams N 01° 35' 26" E 58.08 feet to a set 5/8" rebar with cap, a corner to Williams and a corner to W.R. Hatler, Jr., Estate (being a portion of Deed Book 207, Page 738, Will Book 22, Page 395); thence with the line of Hatler Estate, N 17° 46' 03" W 2,319.33 feet to a set 5/8" rebar with cap, a corner to Hatler and a corner to Jessie Eubank (Deed Book 189, page 629); thence with the lines of Eubank, N 83° 12' 10" E 2,436.02 feet to a set 5/8" rebar with cap, in a hickory stump; thence N 53° 37' 51" E 164.79 feet to a found 30" beech (being referenced N 83° 52' 40" E 12.29 feet from a corner stone), a corner to Eubank and a corner to W.E. Tabor (Deed Book 23, Page 412); Thence with the line of Tabor, S 83° 21' 06" E 324.13 feet to a found corner stone, a corner to the parent tract (being referenced N 21° 50' 26" W 0.31 feet from a set 5/8" rebar with cap), a corner to Tabor and a corner to James Burton (Deed Book 84, Page 132); thence with the lines of Burton, S 00° 22' 01" W 810.32 feet to a set 5/8" rebar with cap (being referenced N 21° 24' 46" W 39.76 feet from a 14" sycamore);

thence S 10° 34' 54" E 1,386.65 feet to the point of beginning and containing 146.000 acres, more or less, according to survey by Joe David Houchens, PLS #2649, Pride Engineering & Land Surveying, Inc., dated March 8, 2005.

NOTE: This property is subject to any existing rights of way or easements.

Unless stated otherwise, any monument referred to herein as a "rebar and cap" is a set 5/8" rebar, 18" in length, with yellow plastic cap stamped "Joe D. Houchens, PLS 2649."   All bearings stated herein are referred to the magnetic meridian as observed on March 4, 2005, along the East line of the above described property.

TRACT NO. 5 as shown on Plat recorded in Plat Book 5, Page 2, Allen County Clerk's Office, Scottsville, Kentucky:

BEGINNING at a set 5/8" rebar with cap on the right of way of A.R. Oliver Road (assumed 40' r/w), and a  corner W.R. Hatler, Jr. Estate Tract #1 (being a portion of Deed Book 207, Page 738, Will Book 22, Page 395), THENCE with the right of way of A.R. Oliver Road as it meanders: N86° 28' 16" W 27.69 feet, N88° 02' 48" W 46.63 feet, N 86° 26' 14" W 42.91 feet, N 78°57' 18" w 44.09 feet, N 71° 32' 15" W 45.50 feet to a set 5/8" rebar with cap on the right of way of the A.R. Oliver Road (Assumed 40' r/w), and a corner to W.R. Hatler, Jr. Estate Tract #1 (being a portion of Deed Book 207, Page 738, Will Book 22, Page 395); THENCE with the lines of Hatler Tract #1, N 08° 19" 41" W 223.56 feet to a set 5/8" rebar with cap, THENCE N 81° 25' 51" E 129.74 feet to a set 5/8" rebar with cap, THENCE S 22° 01' 30" E 286.88 feet to the POINT OF BEGINNING and CONTAINING 0.958 ACRES or 41,715 SQUARE FEET, more or less according to survey by Joe David Houchens, P.L.S. # 2649, Pride Engineering & Land Surveying, Inc., dated March 21, 2005.

Unless stated otherwise, any monument referred to herein as a "rebar and cap" is a set 5/8" rebar, 18" in length, with a yellow plastic cap stamped "Joe D. Houchens, PLS 2649".  All bearings stated herein are referred to the magnetic meridian as observed on March 4, 2005, along the East line of the above described property.