UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CASE ACTION NO. 1:12CV-152-M

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

CONTENTS OF ACCOUNT #XXX8437 ($12,895.74)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY FARMERS NATIONAL BANK,
107 NORTH COURT STREET, SCOTTSVILLE, KENTUCKY 42164

CONTENTS OF ACCOUNT #XXX7201 ($27,710.63)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY SOUTH CENTRAL BANK OF
MONROE COUNTY, 320 NORTH MAIN
STREET, TOMPKINSVILLE, KENTUCKY 42167

220.81 ACRES, MORE OR LESS, OF REAL
PROPERTY LOCATED ON OR ABOUT
MAP 45-1, ALLEN COUNTY PROPERTY
VALUATION ADMINISTRATOR.

REAL PROPERTY LOCATED ON OR ABOUT
1814 A.R. OLIVER ROAD, SCOTTSVILLE, KENTUCKY 42164        DEFENDANTS

## ANSWER TO COMPLAINT FOR FORFEITURE IN REM

Comes now Cole Distributing, Inc., by and through counsel, and for its Answer to the Complaint For Forfeiture In Rem and states as follows:

1. Any and all allegations not specifically admitted herein are hereby specifically denied.

2. The Complaint herein fails to state a cause of action upon which relief may be granted, and should therefore be dismissed.

3. The Defendant admits that this Court has jurisdiction and that venue is proper in the Bowling Green Division of the United States District Court for the Western District of Kentucky.

4. The Forty Thousand Six Hundred Six Dollars and 37/100s ($40,606.37) and the real estate located in Allen County, Kentucky and more specifically described in the Complaint were purchased with lawfully gained funds for which the Defendant paid the appropriate State and Federal Income Taxes.

5. Additionally the Defendant herein, at no time "structured" deposits in violation of any federal or state laws, specifically to include but not be limited to the Bank Secrecy Act (BSA), which is codified at 31 U.S.C. Sec 5313 and C.F.R. Part 103, 31 U.S.C. Sec. 5324 (a)(1), and 31 U.S.C. Sec.5317(c)(2).

6. The properties sought to be seized herein were not involved in transactions or attempted transactions conducted in violation of 31 U.S.C. Sec 5324(a) and are therefore not subject to seizure and/or forfeiture.

7. Defendant pleads as affirmative defenses, laches, estoppel, accord and satisfaction, comparative or contributory negligence of the Plaintiff and other third parties not before this Court, illegality, failure to join all necessary and indispensable parties, and reserves the right to supplement defenses as may conform to the discovery herein.

Wherefore, the Defendant respectfully requests this Court to dismiss the Plaintiff's Complaint, release all funds seized herein ($40,606.37) and the real property that is the subject of this action, as described in the Complaint, for a trial by jury, for costs and attorneys fees expended herein and for any and all other relief to which this Defendant may appear entitled.

This 3rd day of October, 2012.

    /s/ B. Alan Simpson
B. Alan Simpson
ATTORNEY AT LAW
908 State Street
P.O. Box 3480
Bowling Green, KY  42102-3480
Phone:  (270) 782-3929
Fax:  (270) 467-0566

## CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed this document through the ECF system, which will send notice of electronic filing to the following:

David J. Hale
Jason Snyder
Office of the U. S. Attorney
717 W. Broadway
Louisville, KY  40202

This 3rd day of October, 2012.

    /s/ B. Alan Simpson
B. Alan Simpson