UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CASE ACTION NO. 1:12CV-152-M

UNITED STATES OF AMERICA     PLAINTIFF

V.

CONTENTS OF ACCOUNT #XXX8437 ($12,895.74)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY FARMERS NATIONAL BANK,
107 NORTH COURT STREET, SCOTTSVILLE, KENTUCKY 42164

CONTENTS OF ACCOUNT #XXX7201 ($27,710.63)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY SOUTH CENTRAL BANK OF
MONROE COUNTY, 320 NORTH MAIN
STREET, TOMPKINSVILLE, KENTUCKY 42167

220.81 ACRES, MORE OR LESS, OF REAL
PROPERTY LOCATED ON OR ABOUT
MAP 45-1, ALLEN COUNTY PROPERTY
VALUATION ADMINISTRATOR.

REAL PROPERTY LOCATED ON OR ABOUT
1814 A.R. OLIVER ROAD, SCOTTSVILLE, KENTUCKY 42164     DEFENDANTS

## **CLAIM OPPOSING FORFEITURE**

Comes now Cole Distributing Inc., by counsel, and hereby asserts its claim to the following property, to wit:

A.

    1. Eighteen Thousand Seven Hundred dollars in United States Currency (currently stored in the Department of Justice Seized Asset Deposit Fund, maintained by the United States Marshals Service).

2. Contents of Account #XXX8437 ($12,895.74) in the name of Cole Distributing, Inc., held by Farmers National Bank, 107 North Court Street, Scottsville, Kentucky 42164.

3. Contents of Account #XXX7201 ($27,710.63) in the name of Cole Distributing, Inc., held by South Central Bank of Monroe County, 320 North Main Street, Tompkinsville, Kentucky 42167.

4. 220.81 Acres, more or less, of real property located on or about Map 45-1, Allen County Property Valuation Administrator.

5. Real Property located on or about 1814 A.R. Oliver Road, Scottsville, Kentucky 42164.

B. Gary Cole is the sole shareholder in Cole Distributing, Inc. The properties sought to be forfeited were corporate funds of Cole Distributing, Inc.

C. I, Gary Cole, on behalf of Cole Distributing, Inc., assert this claim on behalf of Cole Distributing, Inc. under penalty of perjury.

D. This claim has this 3RD day of OCT, 2012 been transmitted to Jason Snyder, Assistant United States Attorney, United States District Court, Western District of Kentucky.

WHEREFORE, the Defendant respectfully requests the relief as set forth hereinabove. This 3RD day of October, 2012.

B. Alan Simpson
ATTORNEY AT LAW
908 State Street - P.O. Box 3480
Bowling Green, KY 42102-3480
Phone: (270) 782-3929 - Fax: (270) 467-0566

_____
Gary Cole

COMMONWEALTH OF KENTUCKY  )
                           ) SS:
COUNTY OF WARREN           )

SUBSCRIBED AND SWORN TO before me this **3nd** day of **October**, 2012 by Gary Cole.

My commission expires: **3-30-15**

_____
NOTARY PUBLIC

### CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed this document through the ECF system, which will send notice of electronic filing to the following:

David J. Hale
Jason Snyder
Office of the U. S. Attorney
717 W. Broadway
Louisville, KY 40202

This **3nd** day of October, 2012.

_____
B. Alan Simpson