UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CASE ACTION NO. 1:12CV-152-M

UNITED STATES OF AMERICA											PLAINTIFF

V.

CONTENTS OF ACCOUNT #XXX8437 ($12,895.74)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY FARMERS NATIONAL BANK,
107 NORTH COURT STREET, SCOTTSVILLE, KENTUCKY 42164

CONTENTS OF ACCOUNT #XXX7201 ($27,710.63)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY SOUTH CENTRAL BANK OF
MONROE COUNTY, 320 NORTH MAIN
STREET, TOMPKINSVILLE, KENTUCKY 42167

220.81 ACRES, MORE OR LESS, OF REAL
PROPERTY LOCATED ON OR ABOUT
MAP 45-1, ALLEN COUNTY PROPERTY
VALUATION ADMINISTRATOR.

REAL PROPERTY LOCATED ON OR ABOUT
1814 A.R. OLIVER ROAD, SCOTTSVILLE, KENTUCKY 42164			DEFENDANTS

## AMENDED CLAIM OPPOSING FORFEITURE

Comes now, the Claimant, Gary Cole, and incorporates by reference, the previous filed claim.

In addition thereto, and out of an abundance of caution, the Claimant, Gary Cole, has affixed his signature hereto attesting to the fact that he is signing this claim under the penalty of perjury.

WHEREFORE, the Claimant respectfully requests the relief as set forth hereinabove.

This 15th day of October, 2012.

_____
B. Alan Simpson
ATTORNEY AT LAW
908 State Street - P.O. Box 3480
Bowling Green, KY 42102-3480
Phone: (270) 782-3929
Fax: (270) 467-0566

_____
Gary Cole

COMMONWEALTH OF KENTUCKY )
) SS:
COUNTY OF WARREN )

SUBSCRIBED AND SWORN TO before me this 15th day of Oct., 2012 by Gary Cole, who also states that this claim has been signed under oath and under penalty of perjury.

My commission expires: 3-30-15

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed this document through the ECF system, which will send notice of electronic filing to the following:

David J. Hale
Jason Snyder
Office of the U. S. Attorney
717 W. Broadway
Louisville, KY 40202

This 15th day of October, 2012.

_____
B. Alan Simpson