UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CASE ACTION NO. 1:12CV-152-M

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

CONTENTS OF ACCOUNT #XXX8437 ($12,895.74)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY FARMERS NATIONAL BANK,
107 NORTH COURT STREET, SCOTTSVILLE, KENTUCKY 42164

CONTENTS OF ACCOUNT #XXX7201 ($27,710.63)
IN THE NAME OF COLE DISTRIBUTING, INC.,
HELD BY SOUTH CENTRAL BANK OF
MONROE COUNTY, 320 NORTH MAIN
STREET, TOMPKINSVILLE, KENTUCKY 42167

220.81 ACRES, MORE OR LESS, OF REAL
PROPERTY LOCATED ON OR ABOUT
MAP 45-1, ALLEN COUNTY PROPERTY
VALUATION ADMINISTRATOR.

REAL PROPERTY LOCATED ON OR ABOUT
1814 A.R. OLIVER ROAD, SCOTTSVILLE, KENTUCKY 42164          DEFENDANTS

## SECOND AMENDED CLAIM OPPOSING FORFEITURE

Comes now, the Claimant, Gary Cole, on behalf of Cole Distributing, Inc., and incorporates by reference, the previous filed claim.

The purpose of this pleading is to clarify that the Claimant is Cole Distributing, Inc., not Gary Cole. Mr. Cole signed as the corporate representative.

WHEREFORE, the Claimant respectfully requests the relief as set forth hereinabove.

This 17th day of October, 2012.

    /s/ B. Alan Simpson
B. Alan Simpson
ATTORNEY AT LAW
908 State Street - P.O. Box 3480
Bowling Green, KY  42102-3480
Phone:  (270) 782-3929
Fax:  (270) 467-0566

**CERTIFICATE OF SERVICE**

This is to certify that I have this date electronically filed this document through the ECF system, which will send notice of electronic filing to the following:

David J. Hale
Jason Snyder
Office of the U. S. Attorney
717 W. Broadway
Louisville, KY  40202

This 17th day of October, 2012.

    /s/ B. Alan Simpson
B. Alan Simpson